AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | United States District Court<br>Southern District of Texas<br>**FILED** | **CRIMINAL COMPLAINT** |
|---|---|---|
| V.<br>Roque Arias-De Jesus<br>A098 242 034<br>AKA:<br>IAE   YOB:  1984<br>United Mexican States | FEB 0 7 2015<br>. **Clerk of Court** | Case Number:   M-15-0188-M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 6, 2015__ in **Brooks** County, in the **Southern** District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Encino, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Roque Arias-De Jesus was encountered by Border Patrol Agents near Encino, Texas on February 6, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 23, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 4, 2014, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 30, 2013, the defendant was convicted of 8 USC 1326 Illegal Re Entry and sentenced to eighteen (18) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**February 7, 2015**

Israel Perez       Senior Patrol Agent

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer